HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Counsel for Defendant
VAN THIENG DI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:98-CR-0233-WBS |
| Plaintiff, | ~~PROPOSED~~ APPOINTMENT ORDER |
| v. | |
| VAN THIENG DI, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to this defendant in accordance with *Johnson v. United States*, 135 S.Ct. 2551 (2015).  Due to a conflict, this Office respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney Kresta Daly, 431 I Street, Suite 201, Sacramento, CA 95814, be appointed counsel for Mr. Di for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated: June 9, 2016               Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Ann C. M<sup>c</sup>Clintock*
                                  ANN C. M<sup>c</sup>CLINTOCK
                                  Assistant Federal Defender

-1-

I accept the appointment and ask the order to be granted.

DATED:  June 9, 2016

                                     */s/ Kresta Daly*
                                     Kresta Daly
                                     Attorney at Law

* * * * *

**O R D E R**

IT IS SO ORDERED.

Dated:  June 9, 2016

                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE