Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
VAN THIENG DI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VAN THIENG DI,<br><br>Defendant. | Case No. 2:98-CR-00233 WBS<br><br>**EX PARTE APPLICATION FOR ORDER PERMITTING THE FILING OF AN ABRIDGED MOTION UNDER 28 USC §2255 OR 28 USC §2241 AND [PROPOSED] ORDER** |

Van Thieng Di was sentenced by this Court on May 24, 2011. The undersigned counsel was appointed to represent Mr. Di on June 10, 2016. Mr. Di may be among those criminal defendants affected by *Johnson v. United States*, -- U.S. --, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015) and may therefore be entitled to be re-sentenced.

Defense counsel is not able to review and thoroughly brief the potential issues in this case before the presumed June 26, 2016, limitation for filing[1]. Mr. Di's trial counsel has retired and moved to the East Coast. Prior counsel has been very cooperative and is in the process of locating,

---

[1] Counsel for the government, AUSA William Wong, was informed by defense counsel that Mr. Di intended to make the above request. Mr. Wong was unexpectedly called away from the office. Due to this unexpected turn of events, defense counsel is unable to represent Mr. Wong's position on this request.

{00019261}

copying and sending the necessary portions of his file to the undersigned defense counsel. Therefore Mr. Di, by and through his counsel of record, requests the Court do the following:

1. Allow Mr. Di to file an abridged motion under 28 USC §2255 or 28 USC §2241. Said motion will be filed on or before June 26, 2016;

2. Allow Mr. Di to file a supplemental brief or memorandum of points and authorities fully briefing the issues presented in the abridged motion no later than December 26, 2016; and

3. After the supplemental papers are filed, the Court will issue a briefing schedule if the Court deems it necessary.

Dated:  June 22, 2016.              BARTH DALY LLP
                                    By    /s/ Kresta Nora Daly
                                          KRESTA NORA DALY

### ORDER

The court will not rule on defendant's request for leave to file an abridged motion under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 before the June 26, 2016 filing deadline and file a supplemental brief or memorandum of points and authorities fully briefing the issues presented in the abridged motion no later than December 26, 2016 until after the United States Attorney has responded to the request. After consideration of the United States Attorney's response the court will rule on the request.

Dated:  June 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00019261}

Ex Parte Request – File Abridged Motion            2                          2:98-CR-00233 WBS