UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VAN THIENG DI, | CR. NO.  2:98-00233 WBS |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

On June 23, 2016, petitioner Van Thieng Di filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than July 22, 2016.  Petitioner may then file a reply no later than August 5, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings

1

1 | are necessary.
2 |       IT IS SO ORDERED.
3 | Dated: June 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2