UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>VAN THIENG DI,<br><br>　　　　Movant. | No.  2:98-cr-0233 WBS AC<br><br><br>ORDER |

　　　　Movant is a federal prisoner proceeding through counsel on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Currently before the court is movant's motion for an extension of time to file an amended motion (ECF No. 69) and request to file counsel's supporting declaration under seal (ECF No. 71).

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Movant's request to file the Declaration of Kresta Nora Daly In Support of Motion for Extension of Time under seal (ECF No. 71) is granted and the declaration shall be filed under seal.

　　　　2. Movant's request for an extension of time to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 69) is granted and movant shall have sixty days from the date of this order to file an amended motion.

　　　　3. Respondent's deadline to answer the § 2255 motion is vacated.  If movant files an

1  amended motion, respondent shall file and serve an answer within forty-five days of service of
2  the amended motion.  If movant fails to file an amended motion, respondent shall file and serve
3  an answer to the original § 2255 motion (ECF No. 56) no later than thirty days after the deadline
4  for filing an amended motion expires.  In either instance, movant may file a traverse within thirty
5  days after the filing of respondent's answer.

DATED: October 18, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE