UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>VAN THIENG DI,<br><br>       Defendant. | CR. NO. 2:98-0233 WBS<br><br>ORDER |

----oo0oo----

On December 16, 2016, defendant Van Thieng Di filed a motion to correct Sentence Pursuant to Federal Rule of Criminal Procedure 36. (Docket No. 77.)  The United States shall file an opposition to defendant's motion no later than January 19, 2017. Defendant may then file a reply no later than January 26, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:   December 30, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1