KRESTA NORA DALY, SBN 199689
BARTH DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
VAN THIENG DI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VAN THIENG DI,<br><br>    Defendant. | Case No. 2:98-CR-00233 WBS<br><br>**EX PARTE APPLICATION AND [PROPOSED] ORDER TO SEAL DEFENSE COUNSEL'S REQUEST** |

PLEASE TAKE NOTICE that defendant Van Thieng Di moves the Court for an order sealing Defense Counsel's Request which has been lodged with the Court under seal.

The application will be made upon the grounds that good cause exists to file the declaration under seal.

Dated:  December 16, 2016.    Respectfully submitted,
BARTH DALY LLP


By____/s/ Kresta Nora Daly_____
     KRESTA NORA DALY

{00020760}

Ex-Parte Application to Seal      1      [2:98-CR-00233 WBS]

## **ORDER**

Good cause appearing the Court hereby orders the Defense Counsel's Request sealed.

Dated:  December 30, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE