PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:98-CR-00233 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE A JOINT MOTION TO MODIFY SENTENCE |
| v. | |
| VAN THIENG DI, | |
| Defendant. | |

    Respondent, United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, requests an extension of time to January 23, 2017 in which to file a Joint Motion to Modify Sentence. The Government's opposition to defendant's section 2255 petition is currently due January 19, 2017.

    Counsel for the Government is presently responding to an order directing the Government to file a surrelpy in *United States v. Slater, et al.*, 03-CR-00371-MCE, which is due January 20, 2017. Defense counsel does not oppose the Government's request.

///
///
///
///
///
///

Dated:  January 19, 2017                              PHILLIP A. TALBERT
                                                      United States Attorney


                                                      /s/ *WILLIAM S. WONG*
                                                      WILLIAM S. WONG
                                                      Assistant United States Attorney


Dated:  January 19, 2017                              /s/ *KRESTA NORA DALY*
                                                      KRESTA NORA DALY
                                                      Attorney for Bret Nichols


## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's request for an extension of time to January 23, 2017, in which to file a Joint Motion to Modify Sentence is Granted.

Dated:  January 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE