1   KRESTA NORA DALY, SBN 199689
    BARTH DALY LLP
2   431 "I" Street, Suite 201
    Sacramento, California 95814
3   Telephone: (916) 440-8600
    Facsimile:  (916) 440-9610
4   Email:  kdaly@barth-daly.com

5   Attorneys for Defendant
    VAN THIENG DI
6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          Case No. 2:98-CR-00233 WBS

11           Plaintiff,                **REQUEST FOR DISMISSAL WITH
                                        PREJUDICE AND [PROPOSED] ORDER**
12       v.

13  VAN THIENG DI,

14           Defendant.

15

16          Petitioner Van Thieng Di previously filed a Petition for Writ of Habeas Corpus before this

17  Court.  Simultaneous with the filing of that motion Mr. Di also filed a motion pursuant to Federal

18  Rule of Criminal Procedure 36 before Judge Shubb.

19          On January 23, 2017 the government and Mr. Di filed a stipulation, joint motion to amend

20  the judgment and proposed order.  On January 24, 2017 Judge Shubb signed the order amending

21  the judgment.

22          In light of Judge Shubb's order amending the judgment Mr. Di's Petition for Writ of

23  Habeas is moot and Mr. Di hereby moves to dismiss.

24  Dated:  January 24, 2017.          Respectfully submitted,

25                                     BARTH DALY LLP

26                                     By____/s/ Kresta Nora Daly_____
                                              KRESTA NORA DALY
27                                            Attorney for Petitioner Van Thieng Di

28

{00020964}

Request for Dismissal with Prejudice            1                    [2:98-CR-00233 WBS]

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1 **ORDER**

2     Pursuant to Petitioner Di's request his Petition for Writ of Habeas Corpus (ECF Nos. 56,

3 76) is dismissed with prejudice.

4 DATED: January 24, 2017

5 _____

6 ALLISON CLAIRE
  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00020964}

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA